UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BRENDA S. CANNIZZO

        Plaintiff

v.                                              Civil Action No. 5:13-cv-00973 LEK-DEP

COMMERCIAL RECOVERY SYSTEMS, INC.

        Defendant

---

### NOTICE OF VOLUNTARY DISMISSAL

WHEREAS, the Defendant has filed a petition pursuant to Chapter 11 of the United States Bankruptcy Code, with the United States Bankruptcy Court for the Eastern District of Texas (Case No. 13-42788) on November 19, 2013, the Plaintiff, pursuant to <u>Federal Rule of Civil Procedure</u> 41(a)(1)(A)(I), hereby gives notice of a voluntary dismissal, without prejudice, of the above entitled action.

DATED:  Syracuse, New York
               January 7, 2014

                                                  SELBACH LAW FIRM, PLLC

**So Ordered:**
*[signature]*
**David E. Peebles**
**United States Magistrate Judge**
**Dated:** 1/7/14
       Syracuse, New York

By: <u>/s/ James F. Selbach</u>
     James F. Selbach, Esq.
     Suite 290
     290 Elwood Davis Road
     Liverpool, New York 13088
     315.471.6611

*Attorneys for Plaintiff*